# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JOE HAND PROMOTIONS, INC.,

    Plaintiff(s),

v.

KURT L. SCHOEN, et al.,

    Defendant(s).

2:12-CV-1384 JCM (CWH)

# ORDER

Presently before the court is third party defendant's, TRB Holdings Group, LLC, motion to dismiss the third party complaint. (Doc. # 19).

Third party plaintiff/defendant Kurt L. Schoen filed a third party complaint against third party defendant TRB Holdings Group, LLC. (*See* doc. # 12). TRB Holdings Group, LLC, responded by filing a motion to dismiss the third party claims against it. (See doc. # 19). Schoen and TRB then filed a stipulation with the court dismissing the third party claims against TRB only. (Doc. # 28). The motion to dismiss has been mooted by the stipulation.

. . .

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1   Accordingly,

2   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that third party defendant's,

3   TRB Holding Group, LLC, motion to dismiss (doc. # 19) be, and the same hereby, is DENIED as

4   moot.

5   DATED May 2, 2013.

*[signature]*
_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -