# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> KURT L. SCHOEN, *et al.*, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.  2:12-cv-01384-JCM-CWH <br><br> **ORDER** |

This matter is before the Court on the law firm of Michael R. Mushkin & Associates Motion to Withdraw as Counsel of Record (#32), filed November 13, 2013.

Attorney Michael R. Mushkin and the law firm of Michael R. Mushkin & Associates request leave of Court to withdraw as counsel of record for Defendant Kurt L. Schoen, both individually and d/b/a/ Fred's Tavern and Fred's Tavern 2, and Defendant KRS Enterprises, Inc.  Counsel indicates that Defendants have failed to fulfill an obligation and have been given reasonable warning that failure to fulfill the obligation would result in withdrawal.  Counsel has attached an affidavit indicating that Defendants have been given notification of the intent to withdraw.

Pursuant to Local Rule IA 10-6(b), "[n]o attorney may withdraw after appearing in a case except by leave of court after notice has been served on the affected client and opposing counsel."  The motion contains a certificate of service for all affected parties, including Defendants.  Further, the movant has established good cause for withdrawal.  Accordingly,

**IT IS HEREBY ORDERED** that law firm of Michael R. Mushkin & Associates Motion to Withdraw as Counsel of Record (#32) is **granted**.  Attorneys Michael R. Mushkin and the law firm

Michael R. Mushkin & Associates shall no longer represent Defendants in this matter.

**IT IS FURTHER ORDERED** that Defendants shall have until **Monday, December 9, 2013**, to advise the Court if they will retain new counsel. While Defendant Kurt Schoen may choose to retain new counsel or proceed *pro se*, Defendant KRS Enterprises, Inc. must retain new counsel if it intends to continue to litigate this matter. A corporation may appear in federal court only through licensed counsel. *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

**IT IS FURTHER ORDERED** that the Clerk of the Court shall:

1. Add the last known address of Defendant Kurt Schoen to the civil docket:

   **Kurt Schoen**
   **2746 Canarsy Ct.**
   **Henderson, NV 89052-2956**

2. Add the last known address of Defendant KRS Enterprises, Inc. to the civil docket:

   **KRS Enterprises, Inc.**
   **C/O Kurt Schoen**
   **2746 Canarsy Ct.**
   **Henderson, NV 89052-2956**

3. Serve Defendants with a copy of this order at their last known addresses listed above.

DATED: November 14, 2013.

**C.W. HOFFMAN, JR.**
**UNITED STATES MAGISTRATE JUDGE**