Ronald H. Reynolds (NV SB No. 827)
Matthew M. Reynolds (NV SB No. 12268)
REYNOLDS & ASSOCIATES
823 Las Vegas Blvd. So., Suite 280
Las Vegas, NV 89101
Phone:  (702) 445-7000
Fax:  (702) 385-7743
Email:  ron@reynoldslawyers.com
mac@reynoldslawyers.com

**Attorneys for Plaintiff**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **JOE HAND PROMOTIONS, INC.,** | **Case No.:  2:12-cv-01384-JCM-CWH** |
| **Plaintiff,** | |
| **vs.** | **ORDER GRANTING PLAINTIFF'S MOTION TO ENFORCE JUDGMENT** |
| **KURT L. SCHOEN, INDIVIDUALLY and d/b/a FRED'S TAVERN AND FRED'S TAVERN 2; and KRS ENTERPRISES, INC.,  A NEVADA CORPORATION d/b/a FRED'S TAVERN AND FRED'S TAVERN 2,** | |
| **Defendants.** | |

Plaintiff,  Joe Hand Promotions, Inc., having moved the Court for an order enforcing the

Judgment entered into between counsel for the parties hereto, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff have judgment against Defendants, and each of

them, in the sum of seven thousand five hundred dollars (7,500.00).

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  March 31, 2014

1